UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORO FAUSTINO-ADAME, | Case No.: 26-cv-2153-JO-DDL |
| Petitioner, | |
| | **ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |
| v. | |
| CHRISTOPHER LAROSE, | |
| Respondent. | |

For the reasons stated at Dkt. 5, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. Respondent shall RELEASE Petitioner by 5 p.m. on April 22, 2026. Respondents shall file an affidavit attesting to Petitioner's release by 5 p.m. on the following business day.

2. The Court ENJOINS Respondent from redetaining Petitioner during the pendency of his removal proceedings without first providing an individualized bond hearing before a neutral immigration judge where the government bears the burden of establishing by clear and convincing evidence that Petitioner is a

1

danger to the community or a flight risk that cannot reasonably be addressed by bond or conditional release.  *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011).  Respondent shall not deny Petitioner bond on the basis that (i) 8 U.S.C. § 1225(b) requires or authorizes mandatory detention; or that (ii) BIA precedent deprives the immigration judge of jurisdiction to decide bond.  The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release.  *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).  The bond hearing shall be transcribed.

3.  Respondent shall file a declaration attesting to full compliance with these obligations.  Respondent is ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

4.  The April 30, 2026 hearing is VACATED.

5.  The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____
Honorable Jinsook Ohta
United States District Judge

2

26-cv-2153-JO-DDL